### 6230.   McREE *v.* PARRAMORE.

RUSSELL, C. J.   Under the evidence in this case, a finding for the plaintiff was demanded; therefore any errors in the trial were immaterial. The amount returned by the jury is so moderate that there is no complaint that the verdict was excessive.                *Judgment affirmed.*

DECIDED SEPTEMBER 22, 1915.

Action for damages; from city court of Valdosta—Judge Cranford.    February 15, 1915.

*Whitaker & Dukes,* for plaintiff in error.

*O. M. Smith,* contra.